Case 1:07-cr-00050-gmw-pms   Document 84   Filed 03/19/2009   Page 1 of 1

## CRIMINAL MINUTES - GENERAL MINUTES

| | | | |
|---|---|---|---|
| **Case No.:** | 1:07CR00050 | **Date:** | March 19, 2009 |

**DEFENDANT**: Dennis Flynn; present

**COUNSEL**: Louis Dene; present; appt

| | | |
|---|---|---|
| PRESENT: | Pamela Meade Sargent, U. S. Magistrate JUDGE | Time in Court: 12:12 - 12:40 |
| | Deputy Clerk: Ella Surber | |
| | Court Reporter: Ella Surber | |
| | U. S. Attorney: Randy Ramseyer | |
| | USPO: Betsy Roberts | |

Parties present for probation revocation hearing; defendant advised of charges; defendant admits all violations except violation #1; govt evidence (Betsy Roberts - Govt Ex 1 - Report containing grounds for violation - admitted); govt rests; deft no evidence; argument presented; court finds defendant has violated conditions as set forth in the report; probation is revoked; CBOP: 6 months; SR: 1 year; Restitution reimposed as well as fines and special assessment; payments shall be paid $100 per month when defendant is released from incarceration. All conditions of supervised release are the same as probation conditions that were imposed previously.

Government Exhisit received by
TERESA BROWN 4-12-10